

NUMBER 13-14-00109-CV

# COURT OF APPEALS

# THIRTEEN DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

DESIREE NORMA AGUILAR,                                                    Appellant,

v.

MARK A. LIMON,                                                    Appellee.

## On appeal from the County Court at Law No. 3
## of Cameron County, Texas.

# MEMORANDUM OPINION

**Before Justices Garza, Benavides, and Perkes**
**Memorandum Opinion Per Curiam**

Appellant, Desiree Norma Aguilar, appealed a judgment entered by the County Court at Law No. 3 of Cameron County, Texas. On March 13, 2014, the Clerk of this Court notified appellant, in accordance with Texas Rule of Appellate Procedure 42.3(c), that we would dismiss this appeal unless the $195.00 filing fee was paid. *See* TEX. R.

APP. P. 42.3(c). Appellant has not responded to the notice from the Clerk or paid the $195.00 filing fee. *See* TEX. R. APP. P. 5, 12.1(b).

The Court, having considered the documents on file and appellant's failure to pay the filing fee, is of the opinion that the appeal should be dismissed. *See id.* 42.3(b),(c). Accordingly, the appeal is DISMISSED for want of prosecution.

PER CURIAM

Delivered and filed the
10th day of April, 2014.